# AFFIDAVIT OF SERVICE

| UNITED STATES DISTRICT COURT | | | FILE NO.: | |
|---|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: | May 28, 2008 | INDEX NO.: | 08 CIV 4914(JGK) |

**JENNIFER COOK,**

Plaintiff(s) - Petitioner(s)

-vs-

**THE GAP, INC.,**

Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, **John Catlin** being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On **June 9, 2008** at **11:15 AM**
Deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ECF, GUIDELINES FOR ECF**
upon **THE GAP, INC., DEFENDANT**
at address: **65 South Moger Ave.**   City & State: **Mt. Kisco, NY 10549**

## MANNER OF SERVICE

**INDIVIDUAL 1.** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION 2.** [X] a **DOMESTIC** corporation, by delivering thereat a true copy of each to **RON "SMITH"** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **MANAGING AGENT AND AUTHORIZED TO ACCEPT** thereof

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of to the door of said premises which is recipient's Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient

**MAILING TO RESIDENCE** Use with 3 or 4
**5a.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** Use with 3 or 4
**5b.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X] Deponent describes the person actually served as:
Sex: **MALE**   Skin Color: **WHITE SKIN**   Hair Color: **BROWN HAIR**
Approx. Age: **36-50 YRS.**   Approx. Height: **5'9"-6'0"**   Approx. Weight: **131-160 LBS.**
Other identifying features:

**WITNESS FEES:** [ ]   $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on June 11, 2008

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

JOHN CATLIN

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **THE GAP, INC.**, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **RON "SMITH", MANAGING AGENT AND AUTHORIZED TO ACCEPT**

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **6/9/08**

SWORN BEFORE ME: June 10, 2008
AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

Server's signature

**JOHN CATLIN**
Printed name and title

**WESTCHESTER COUNTY, NEW YORK**
Server's address