AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

JENNIFER COOK V. THE GAP, INC.,

Case Number: 08 CIV 4914(JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaitniff, Jennifer Cook

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2008 | *(signature)* |
| Date | Signature |
| | Richard M. Garbarini     RG5496 |
| | Print Name     Bar Number |
| | 100 Park Avenue |
| | Address |
| | New York     New York     10017 |
| | City     State     Zip Code |
| | (212) 973-3449     (212) 972-9432 |
| | Phone Number     Fax Number |