UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JENNIFER COOK,

                Plaintiff(s),                Index #08-CV-4914

    -against-                **RULE 7.1 DISCLOSURE**

THE GAP, INC.,

                Defendant(s).
-------------------------------------------------------------------X

Under Federal Rule of Civil Procedure 7.1, defendant, THE GAP, INC. makes the following disclosures:

    1)    THE GAP, INC., does not have any parent corporations.

    2)    There is no publicly held corporation that owns 10% or more of THE GAP, INC.

The signature certifies that to the best of the certifier's knowledge the statements in this paper are correct.

Dated: Woodbury, New York
       July 8, 2008

                                                YOURS, etc.,

                                                __/s/*PETER G. PRISCO*_____
                                                McANDREW, CONBOY & PRISCO
                                                By:  PETER G. PRISCO (7397)
                                                Attorneys for the Defendant(s)
                                                95 Froehlich Farm Boulevard
                                                Woodbury, New York 11797
                                                (516) 921-8600

TO:   KREINDLER & KREINDLER, LLP
Attorneys for Plaintiff
100 Park Avenue
New York, New York  10017
(212) 687-8181