```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

Jennifer Cook
        Plaintiff(s)        :    CONSENT TO PROCEED BEFORE
        - against -           :    UNITED STATES MAGISTRATE JUDGE

The Gap, Inc.                  :    08 Civ. 4914 (JGK) (DF)
        Defendant(s)        :
- - - - - - - - - - - - - - - - - - :

    IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____    _____
Attorney(s) for Plaintiff(s)     Attorney(s) for Defendant(s)
Richard M. Grybarin              McElroy Deutsch Mulvaney Carpenter, by Nadia Chichau
Address 100 Park Ave.            Address 95 Froelich Farm Blvd, Woodbury NY 11577
Telephone 212-973-2240           Telephone 516-921-8600

_____    _____
Attorney(s) for _____          Attorney(s) for _____
Address                          Address
Telephone                        Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

7/23/08                          _____
                                           U.S.D.J.

Magistrate Judge _____ was assigned this case on _____
19____

For: Clerk U.S.D.C. S.D.N.Y.